# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JACK WILLIAM SWALLOW                                        PETITIONER

v.                  NO. 2:05CV00037 SWW/HDY

LINDA SANDERS, Warden, FCI                              RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. 2255 filed by petitioner Jack William Swallow is dismissed without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of October, 2005.

                                                          /s/Susan Webber Wright

                                                       UNITED STATES DISTRICT JUDGE