# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION


JACK WILLIAM SWALLOW                                                  PETITIONER


v.                              NO. 2:05CV00037 SWW/HDY


LINDA SANDERS, Warden, FCI                                           RESPONDENT
Forrest City, Arkansas


### JUDGMENT


In accordance with the order entered this day, judgment is entered for

respondent Linda Sanders.

IT IS SO ORDERED this 25th day of October, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE